

# NUMBER 13-13-00708-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE CAROLYN CASTERLINE**

**On Petition for Writ of Mandamus
and Motion for Emergency Temporary Relief.**

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Per Curiam Order**

Relator, Carolyn Casterline, filed a petition for writ of mandamus and motion for emergency temporary relief in the above cause on December 20, 2013. Relator contends that the trial court abused its discretion by granting a motion to reconsider and reopen an expedited foreclosure proceeding after it had already denied the application for expedited foreclosure. *See* TEX. R. CIV. P. 736.8(c).

The Court, having examined and fully considered the motion for emergency temporary relief, is of the opinion that said motion should be granted. The motion for

emergency relief is hereby GRANTED, and the trial court's order of October 18, 2013 and all foreclosure proceedings, including but not limited to the foreclosure sale set for January 7, 2014, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real party in interest, OneWest Bank, FSB, or any other persons or entities whose interest would be directly affected by the relief sought, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of December, 2013.